# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICHARD RUTTA AND DIRECT DIAMOND NETWORK, INC., | : | No. 630 MAL 2020 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ASAF BEN OZ, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.